# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130130

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL WILLIAM MONROE,
     Defendant-Appellant.

SC: 130130
COA: 265349
Bay CC: 01-001331-FH
  05-010058-FH

_____/

     On order of the Court, the application for leave to appeal the November 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

d0221